**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1341**

RICKEY NELSON JONES,

    Plaintiff - Appellant,

  v.

ADMINISTRATIVE OFFICE OF THE COURTS, Maryland Judiciary,

    Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, Chief District Judge. (1:15-cv-03336-CCB)

Submitted: October 28, 2016    Decided: November 8, 2016

Before NIEMEYER and WYNN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Rickey Nelson Jones, LAW OFFICES OF REVEREND RICKEY NELSON JONES, Baltimore, Maryland, for Appellant. Brian E. Frosh, Attorney General of Maryland, Michele J. McDonald, Assistant Attorney General, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rickey Nelson Jones appeals the district court's orders dismissing his civil action alleging employment discrimination in violation of Title VII, 42 U.S.C. § 2000e et seq., and denying his motion to reconsider under Fed. R. Civ. P. 60(b)(6). We review de novo a district court's dismissal for failure to state a claim under Fed. R. Civ. P. 12(b)(6). Philips v. Pitt Cnty. Mem'l Hosp., 572 F.3d 176, 179-80 (4th Cir. 2009). We review the denial of a Rule 60(b) motion for abuse of discretion. MLC Auto., LLC v. Town of S. Pines, 532 F.3d 269, 277 (4th Cir. 2008); Heyman v. M.L. Mktg. Co., 116 F.3d 91, 94 (4th Cir. 1997). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jones v. Admin. Office, No. 1:15-cv-03336-CCB (D. Md. Mar. 17, 2016; Mar. 23, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2